# Order

Michigan Supreme Court
Lansing, Michigan

April 3, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

151034(33)

JOHN DOE 1, JOHN DOE 2, JOHN DOE 3,
JOHN DOE 4, JOHN DOE 5, JOHN DOE 6,
and JOHN DOE 7, on behalf of themselves
and a class of all others similarly situated,
      Plaintiffs-Appellees,

v

DEPARTMENT OF CORRECTIONS,
GOVERNOR OF THE STATE OF MICHIGAN,
DIRECTOR OF MICHIGAN DEPARTMENT
OF CORRECTIONS, DEPUTY DIRECTOR
OF MDOC CORRECTIONAL FACILITIES
ADMINISTRATION, FORMER DEPUTY
DIRECTOR OF MDOC CORRECTIONAL
FACILITIES ADMINISTRATION, CHIEF
DEPUTY DIRECTOR OF MDOC
CORRECTIONAL FACILITIES
ADMINISTRATION, WARDEN OF CARSON
CITY CORRECTIONAL FACILITY, WARDEN
OF CHARLES EGELER RECEPTION AND
GUIDANCE CENTER, WARDEN OF
EARNEST C. BROOKS CORRECTIONAL
FACILITY, WARDEN OF GUS HARRISON
CORRECTIONAL FACILITY, WARDEN OF
RICHARD A. HANDLON CORRECTIONAL
FACILITY, WARDEN OF OAKS
CORRECTIONAL FACILITY, WARDEN OF
THUMB CORRECTIONAL FACILITY,
WARDEN OF CHIPPEWA CORRECTIONAL
FACILITY, WARDEN OF MARQUETTE
BRANCH PRISON, and WARDEN OF
BELLAMY CREEK CORRECTIONAL
FACILITY,
      Defendants-Appellants.
_____/

SC: 151034
COA: 324602
Washtenaw CC: 13-001196-CZ

On order of the Court, the motion for reconsideration of this Court's March 6, 2015 order is considered, and it is GRANTED in part. On reconsideration, we VACATE that part of the March 6, 2015 order stating that "[t]rial court proceedings are stayed pending the completion of this appeal." We MODIFY the order to grant the motion for stay only with regard to the Washtenaw Circuit Court's class certification orders, dated October 29, 2014, and November 21, 2014. As before, on motion of a party or on its own motion, the Court of Appeals may modify, set aside, or place conditions on the stay if it appears that the appeal is not being vigorously prosecuted or if other appropriate grounds appear. In all other respects, the motion for reconsideration is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 3, 2015



Clerk

d0331